IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jamison, Lavonia S

Printed: 12/23/08

Case Number: 06 B 12725
Judge: Hollis, Pamela S
Filed: 10/6/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 10, 2008
Confirmed: November 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,193.37 |  |
| Secured: |  | 1,974.24 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 109.39 |
| Trustee Fee: |  | 109.74 |
| Other Funds: |  | 0.00 |
| Totals: | 2,193.37 | 2,193.37 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 500.00 | 0.00 |
| 2. | Robert J Adams & Associates | Administrative | 2,806.33 | 109.39 |
| 3. | Affiliated Financial Corporation | Secured | 9,324.54 | 1,974.24 |
| 4. | AmerenCilco | Unsecured | 56.82 | 0.00 |
| 5. | City National Bank | Unsecured | 171.38 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 596.40 | 0.00 |
| 7. | CB USA | Unsecured | 73.30 | 0.00 |
| 8. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 9. | AFNI | Unsecured |  | No Claim Filed |
| 10. | Blue Island Radiology Consult | Unsecured |  | No Claim Filed |
| 11. | Cash Advance | Unsecured |  | No Claim Filed |
| 12. | Certified Recovery | Unsecured |  | No Claim Filed |
| 13. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 14. | CB USA | Unsecured |  | No Claim Filed |
| 15. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 16. | Medclear Inc | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 18. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
| 19. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 20. | Friedman & Wexler LLC | Unsecured |  | No Claim Filed |
| 21. | Park Dansan | Unsecured |  | No Claim Filed |
| 22. | Medical Collections | Unsecured |  | No Claim Filed |
| 23. | St Francis Hospital | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,528.77 | $ 2,083.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Jamison, Lavonia S

Printed: 12/23/08

Case Number:  06 B 12725
Judge:  Hollis, Pamela S
Filed:  10/6/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 69.66 |
| 5.4% | 40.08 |
|  | $ 109.74 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

